# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 22-3100**                       **September Term, 2024**

1:21-cr-00006-TJK-1

Filed On: September 6, 2024 [2073498]

United States of America,

    Appellee

  v.

Douglas Austin Jensen,

    Appellant

## O R D E R

Upon consideration of the joint motion to continue abeyance, it is

**ORDERED** that the motion be granted, and this case continue to be held in abeyance pending further order of the court.

The parties are directed to file motions to govern further proceedings in this case within 30 days of this court's disposition of <u>United States v. Griffin</u>, No. 22-3042.

                                                       **FOR THE COURT:**
                                                       Mark J. Langer, Clerk

                         BY:     /s/
                                       James A. Kaiser
                                       Deputy Clerk