# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 22-3100**　　　　　　　　　　　　　　**September Term, 2024**

　　　　　　　　　　　　　　　　　　　　　　**1:21-cr-00006-TJK-1**

　　　　　　　　　　　　　　　　　　**Filed On: November 26, 2024** [2086782]

United States of America,

　　　　Appellee

　　v.

Douglas Austin Jensen,

　　　　Appellant

## O R D E R

　　Upon consideration of appellant's motion to continue to hold briefing in abeyance and the response thereto, it is

　　**ORDERED** that this case remain in abeyance pending further order of the court.

　　The parties are directed to file motions to govern further proceedings in this case within 30 days of the issuance of this court's mandate in <u>United States v. Griffin</u>, No. 22-3042.

　　　　　　　　　　　　　　　　　　**FOR THE COURT:**
　　　　　　　　　　　　　　　　　　Mark J. Langer, Clerk

　　　　　　　　　　　　　　BY:　/s/
　　　　　　　　　　　　　　　　　　James A. Kaiser
　　　　　　　　　　　　　　　　　　Deputy Clerk